Brian A. Paino (SBN 027091)
bpaino@piteduncan.com
Robert J. Campo Jr. (SBN 024341)
rcampo@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC Mortgage, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>SCOTT ALAN DICKINSON,<br><br><br>Debtor. | Case No. 2:11-BK-04711-JMM<br><br>Chapter 13<br><br><br>**NOTICE OF PAYMENT CHANGE** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the above-captioned debtors' monthly post-petition payment to GMAC Mortgage, LLC will change, as set forth more fully in the Escrow Analysis Statement conducted on October 6, 2011 which is attached hereto as **Exhibit A** and incorporated herein by this reference.

|  | PITE DUNCAN, LLP |
|---|---|
| Dated: November 18, 2011 | /s/ *Robert J. Campo Jr.* (024341)<br>ROBERT J. CAMPO JR.<br>Attorneys for GMAC Mortgage, LLC |



3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

### ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: REDACTED

PROPERTY ADDRESS:
4288 EAST LOMA VISTA STREET
HIGLEY AZ 85236

ANALYSIS DATE: OCTOBER 06, 2011

47326-0000625-001
SCOTT A DICKINSON
CHRISTINE N DICKINSON
4288 E LOMA VISTA ST
GILBERT AZ  85295-7767

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FIRE | MAY 2012 | 824.00 | 824.00 |
| COUNTY | MAY 2012 | 657.20 | 765.19 |
| COUNTY | NOVEMBER 2012 | 702.71 | 657.20 |
| | TOTAL ANNUAL DISBURSEMENTS: | 2,183.91 | 2,246.39 |
| | TOTAL ESCROW PAYMENT: | 181.99 | 187.19 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

```
New Payment Amount:                                      1,543.41
New Payment Effective:                           JANUARY 01, 2012
Next Scheduled Analysis:                         JANUARY 01, 2013

Payment change:                       New       Prior Analysis
Escrow                              181.99            187.19


Total                               181.99            187.19
Principal/Interest                1,361.42          1,361.42
Total Payment                     1,543.41          1,548.61
```

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

680-0680-1200F

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company. To reach our insurance department call:  1-800-256-9962.**

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

### UNRELEASED SURPLUS NOTICE

**THIS IS NOT A CHECK**

| Account Number | Surplus Amount |
|---|---|
| REDACTED | 69.97 |

SCOTT A DICKINSON
CHRISTINE N DICKINSON

Section 2:      REPRESENTATION OF PRINTED DOCUMENT      REDACTED

```
ANALYSIS TYPE: O AGGREGATE                                    ACCOUNT NUMBER: REDACTED
PROJECTED ESCROW BALANCE AS OF: DECEMBER 31, 2011      1,110.30 *
```

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

```
                      PROJECTED        CUR. BAL.      REQ. BAL.
 DATE      RECEIPTS   DISBURSEMENTS    PROJECTIONS    PROJECTIONS
PROJECTED BALANCE                         641.22         571.25
POC SHTG   469.08                       1,110.30
01/01/12   181.99          .00          1,292.29         753.24
02/01/12   181.99          .00          1,474.28         935.23
03/01/12   181.99          .00          1,656.27       1,117.22
04/01/12   181.99          .00          1,838.26       1,299.21
05/01/12   181.99       824.00-         1,196.25         657.20
05/01/12      .00       657.20-            539.05           .00 L
06/01/12   181.99          .00            721.04         181.99
07/01/12   181.99          .00            903.03         363.98
08/01/12   181.99          .00          1,085.02         545.97
09/01/12   181.99          .00          1,267.01         727.96
10/01/12   181.99          .00          1,449.00         909.95
11/01/12   181.99       702.71-            928.28         389.23
12/01/12   181.99          .00          1,110.27         571.22
```

```
Current Escrow Balance:    622.67-

Esc Rcpts to Eff Dt        Esc Disb Prior to Eff Dt

Due Dt   Due Amt        Disb Date   Disb Amt
05/11    187.19         11/01/11     702.71
06/11    187.19
07/11  1,123.14 *


*Indicates Sum of Remaining Escrow Payments
 &/or Escrow Disbursements to Effective Date.
```

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
                    539.05

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
                    0.00

Section 3:    **SURPLUS              69.97**

ESCROW ACCOUNT ACTIVITY (MARCH 01, 2011 - DECEMBER 31, 2011)

```
                       PREV PROJ     PREV PROJ                    ACTUAL        ACTUAL
  DATE     TXN         AMOUNT        BALANCE       TXN            AMOUNT        BALANCE
BEGINNING BALANCE                    1,027.62                                    451.20-
03/01/11  PAYMENT      187.19        1,214.81      PAYMENT        187.19         264.01-
04/01/11  PAYMENT      187.19        1,402.00      PAYMENT        186.59         734.62-
04/01/11                 .00         1,402.00      TAX            657.20-        734.62-
04/01/11                 .00         1,402.00      FIRE           824.00-       1,558.62-
05/01/11  PAYMENT      187.19          765.19      PAYMENT        187.19        1,371.43-
05/01/11  FIRE         824.00-         765.19                       .00         1,371.43-
05/01/11  TAX          765.19-           .00                        .00         1,371.43-
06/01/11  PAYMENT      187.19          187.19      PAYMENT        187.19        1,184.24-
07/01/11  PAYMENT      187.19          374.38      PAYMENT        187.19          997.05-
08/01/11  PAYMENT      187.19          561.57      PAYMENT        187.19          809.86-
09/01/11  PAYMENT      187.19          748.76      PAYMENT        187.19          622.67-
10/01/11  PAYMENT      187.19          935.95                       .00           622.67-
11/01/11  PAYMENT      187.19          465.94                       .00           622.67-
11/01/11  TAX          657.20-         465.94                       .00           622.67-
12/01/11  PAYMENT      187.19          653.13                       .00           622.67-
```

| | |
|---|---|
| 1 | Brian A. Paino (SBN 027091)<br>bpaino@piteduncan.com |
| 2 | Robert J. Campo Jr. (SBN 024341)<br>rcampo@piteduncan.com |
| 3 | **PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for GMAC Mortgage, LLC |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>SCOTT ALAN DICKINSON,<br><br>Debtor. | Case No. 2:11-BK-04711-JMM<br><br>Chapter 13<br><br>**PROOF OF SERVICE BY MAIL** |

I, Charles A. Vetter, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 17, 2011, I served the **NOTICE OF PAYMENT CHANGE** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

Scott Alan Dickinson
4288 East Loma Vista Street
Gilbert, AZ 85295

John N. Skiba
Skiba Law Group, PLC
85 W. Combs Rd., Ste. 101-440
Queen Creek, AZ 85140

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2011        /s/ *Charles A. Vetter*
                                CHARLES A. VETTER

- 2 -    CASE NO. 2:11-bk-04711-JMM
**PROOF OF SERVICE**